UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In Re:
HATTIE D HENDRIX

Chapter 13
Case No. 2017-24010-BEH-13

Debtor

**CERTIFICATION OF DEFAULT AND NON-MILITARY SERVICE**

STATE OF WISCONSIN )
                    ) SS
WINNEBAGO COUNTY )

    Now comes Jennifer K. Marchinowski, Staff Attorney for Rebecca R. Garcia Chapter 13 Standing Trustee, first being duly sworn and certifies as follows:

    1.    That Rebecca R Garcia is the Chapter 13 Standing Trustee in this case.

    2.    That the previously filed Motion to Dismiss in this case returnable before Honorable Beth E. Hanan, United States Bankruptcy Judge, on the the 8th day of May 2018. Prior to the hearing a Stipulation was entered. A copy of the Order may be viewed in the Court docket.

    3.    Under the Order, the debtor was required to remit copies of her 2017 income tax returns to the Trustee on or before June 1, 2018 or the case would be dismissed upon submission of a Certification of Default and proposed Order of Dismissal from the trustee.

    4.    That this Certification is to indicate that as of July 9, 2018, the Trustee has not received the debtor's 2017 income tax returns under the doomsday.

    5.    That this Certification is submitted in support of the entry of an Order of Dismissal.

    6.    Upon information and belief, the debtor is not a member of the Armed Forces of the United States as defined in the Servicemembers Civil Relief Act of 2003, and if the debtor is such a member, the debtor has appeared in this action and is represented by counsel.

    Dated the 10th day of July 2018.
    /s/ Jennifer K. Marchinowski
    Staff Attorney

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In Re:   Case No. 2017-24010-BEH-13
HATTIE D HENDRIX
3152 N 21St St
Milwaukee, WI 53206

Chapter 13
**CERTIFICATE OF SERVICE**

Debtor

STATE OF WISCONSIN )
                               ) SS
WINNEBAGO COUNTY)

   Kristina L. Wilder, being first duly sworn on oath, states that she is an employee in the office of Rebecca R. Garcia, Standing Chapter 13 Trustee, P.O. Box 3170, Oshkosh, WI 54903-3170 and on the 10th day of July 2018, a copy of the Trustee's Certification of Default and Non-Military Service and Order of Dismissal in a first class postage paid envelope to the following:

HATTIE D HENDRIX
3152 N 21ST ST
MILWAUKEE, WI   53206-1720

and the following were served electronically

RICHARD A CHECK BANKRUPTCY LAW OFFICE

                                    Dated the 10th day of July 2018.
                                             /s/ Kristina L. Wilder
                                             Kristina L. Wilder