THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: October 30, 2018



Beth E. Hanan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re: Hattie D Hendrix

Case No. 17-24010-beh
Chapter 13

Debtor.

## ORDER MODIFYING STAY
_____

On October 15, 2018, the City of Milwaukee (the "City") filed a Motion seeking relief from the automatic stay (the "Motion") to permit the City to collect unpaid post-petition obligations for water, sewer and municipal services for property owned and/or occupied by the debtor. The City gave due notice of the Motion, and no objections or requests for hearing were filed. The City has demonstrated that cause exists for granting relief from the stay.

IT IS THEREFORE ORDERED: the automatic stay is modified to permit the City to use the statutory provisions of Wis. Stat. § 66.0809(3) to add the post-petition obligations to the 2018 real estate tax bill for the following properties identified in the City's Motion: <u>3150 52 N 21st Street, Milwaukee, Wisconsin.</u>

IT IS FURTHER ORDERED: this order is effective immediately and is not stayed for 14 days pursuant to Bankruptcy Rule 4001(a)(3).

#####